# REMOVAL TO FEDERAL COURT

# **STATE COURT RECORD**

STATE OF INDIANA

Bartholomew County Circuit Court

03C01-2107-CT-003701

KAREN ABPLANALP,

v.

MARGARITAVILLE VACATION CLUB BY WYNDHAM, INC.,
WYNDHAM VACATION OWNERSHIP, INC.

**Bartholomew Circuit Court**

STATE OF INDIANA ) IN THE _____ COURT

) SS:

COUNTY OF BARTHOLOMEW ) CAUSE NO. 03_01 -2107-____-_____

) 03C01-2107-CT-003701

KAREN ABPLANALP, )

Plaintiff, )

)

v. )

)

MARGARITAVILLE VACATION CLUB )

BY WYNDHAM, INC. and WYNDHAM )

VACATION OWNERSHIP, INC. )

Defendants. )

## APPEARANCE BY ATTORNEY IN CIVIL CASE

**Party Classification:**   Initiating:   X   Responding: _____   Intervening: _____

1.  The undersigned attorney and all attorneys listed on this form now appear in this case for
    the following party member(s):  Karen Abplanalp

2.  Applicable Attorney information for services as required by Trial Rule 5(B)(2) and for case
    information as required by Trial Rules 3.1 and 77(B) is as follows:

    Name:       G. Terrence Coriden        Attorney Number:   3380-03
    Address:    445 Fifth Street, Suite 100   Phone:       (812) 375-9800
                P.O. Box 1510               FAX:         (812) 375-5461
                Columbus, IN  47202         Email:  tcoriden@coriden.com

3.  If first initiating party filing this case, the Clerk is requested to assign this case the
    following Case Type under Administrative Rule 8(b)(3):   CT

4.  There are other party members:  Yes_____   No X

5.  I will accept service by facsimile at the above-noted number:          Yes ____   No   X

6.  This case involves support issues:  Yes_____   No   X

7.  There are related cases:  Yes _____   No X

8.  This form has been served on all other parties.  Certificate of Service is attached: Yes ___
    No  X

Respectfully Submitted,


*/s/ G. Terrence Coriden*
G. Terrence Coriden, Atty. #3380-03
Attorney for Plaintiff

| STATE OF INDIANA | ) | IN THE _____ COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF BARTHOLOMEW | ) | CAUSE NO. 03_01-2107-CT-_____ |
| | ) | 03C01-2107-CT-003701 |
| KAREN ABPLANALP, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MARGARITAVILLE VACATION CLUB | ) | |
| BY WYNDHAM, INC. and WYNDHAM | ) | |
| VACATION OWNERSHIP, INC. | ) | |
| Defendants. | ) | |

## COMPLAINT FOR DAMAGES

Comes NOW the Plaintiff, Karen Abplanalp, by and through her attorney of record, G. Terrence Coriden of Coriden & Coriden, LLC, and complains of the Defendants, Margaritaville Vacation Club by Wyndham, Inc. and Wyndham Vacation Ownership, Inc., saying and alleging as follows:

1. The Plaintiff, Karen Abplanalp, hereinafter referred to as "Ms. Abplanalp", at all times pertinent hereto is a resident of Bartholomew County, State of Indiana.

2. The Defendant, Margaritaville Vacation Club by Wyndham, Inc., hereinafter referred to as "Margaritaville", at all times pertinent hereto, is incorporated and is licensed by the State of Indiana to do business in the State of Indiana. Margaritaville is generally in the business of creating and operating resorts and restaurants.

3. Wyndham Vacation Ownership, Inc., hereinafter referred to as "Wyndham" is incorporated and is licensed by the State of Indiana to do business in the State of Indiana under the assumed name of Wyndham Destinations. Wyndham Destinations operates and does business under a number of different brands, one of which includes restaurants named Margaritaville.

4.  These Margaritaville restaurants are built and designed under the control of "Margaritaville" and "Wyndham" and in some instances "Margaritaville" and "Wyndham" create a resort type atmosphere wherein a brand type restaurants is included within the resort and the restaurant is operated by a third party under some leasehold arrangement. These establishments are open to the general public.

5.  On or about August 2, 2019, Ms. Abplanalp entered the restaurant at Margaritaville resort in Pigeon Forge, Tennessee for lunch. Ms. Abplanalp was directed by the employees of the restaurant to sit at a table in the patio area outside of the interior structure of the restaurant. After dining and paying for her food, she proceeded to leave the bright sunlit patio area and enter the darkened interior portion of the restaurant. Her vision was diminished by virtue of the fact that she was entering a darker area from a bright sunlit area, a phenomenon known as "dark adaptation". As a result  her vision was diminished, and she was unable to see food/debris that was left on the floor of the restaurant. Consequently, she stepped on this food/debris, causing her to slip and fall on the floor.

6.  As a result of this fall, she suffered physical injury to her leg and was thereafter transported by ambulance to a nearby hospital located in Knoxville, Tennessee. She received essential medical care at the hospital and thereafter was transported home to Columbus, Indiana for further medical care and treatment.

7.  The flow of the employee traffic to and from the patrons' tables and the kitchen and bar area, carrying food back and forth, was designed to occur just inside the doorway leading from the patio into the interior of the restaurant and was a highly used passageway. Thus, the likelihood of food and other debris falling from the

plates and food trays is greater in this traffic area. Because the designed location of this traffic pattern was located just inside the said entranceway from the patio which created the phenomenon heretofore referred to as dark adaptation, a hazardous condition for those patrons traveling from the patio into the restaurant interior area was created by the said "Margaritaville" and "Wyndham". "Margaritaville" and "Wyndham" knew or should have known of the dangerous condition it was creating for patrons who were walking through this high traffic area. "Margaritaville" and "Wyndham" failed to provide sufficient lighting to enable the patrons, including Ms Abplanalp, to prevent dark adaptation from occurring. "Margaritaville" and "Wyndham" failed to use non-slip floor covering which would lessen the likelihood of a patron, including Ms Abplanalp, from slipping and falling to the floor. All the above, collectively and separately, created an unreasonably and unsafe premises condition.

8. As a direct and proximate result of the negligence of "Margaritaville" and "Wyndham", Ms. Abplanalp suffered injuries and continues to suffer pain and injury, medical expenses, past and future, partial loss of function of her leg and other bodily functions, mental anxiety and anguish and other damages yet to be quantified.

Wherefore for all the above reasons the Plaintiff seeks damages from the Defendants, Margaritaville and Wyndham, in an amount reasonable to compensate her and for all other relief. The Plaintiff requests this matter tried before a Jury of her Peers.

Respectfully submitted,


_/s/ G. Terrence Coriden_____
G. Terrence Coriden, Atty #3380-03
Attorney for the Plaintiff

CORIDEN & CORIDEN, LLC
PO Box 1510
445 Fifth Street, Suite 100
Columbus, IN  47202-1510
Telephone 812-375-9800
Facsimile   812-375-5461

**BARTHOLOMEW COUNTY CLERK**
P.O. Box 924 · 234 Washington St.
Columbus, IN 47202-0924
812-379-1600

CIRCUIT COURT – 812-379-1605
SUPERIOR COURT 1 – 812-379-1623
SUPERIOR COURT 2 – 812-379-1610

**Process Receipt and Return**

PLAINTIFF  Karen Abplanalp

COURT CASE NUMBER  03C01-2107-CT-003701-2107-CT-

DEFENDANT  Margaritaville Vacation Club by Wyndham, Inc.

TYPE OF PROCESS  Certified Mail

**SERVE TO**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Corporation Service Company

ADDRESS, (Street or County, House Number, City, State and Zip Code)
135 North Pennsylvania Street, Suite 1610, Indianapolis, IN 46204

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

G. Terrence Coriden
445 Fifth Street, Suite 100
Columbus, IN 47201

| | |
|---|---|
| SUMMONS | XXXX |
| RULE TO SHOW CAUSE | |
| OTHER | Complaint |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

FOLD   Serving; 1. Appearance 2. Complaint for Damages   FOLD

Attorney or other Originator requesting service on behalf of:   ☑ PLAINTIFF  ☐ DEFENDANT
G. Terrence Coriden

TELEPHONE NUMBER  812-375-9800

The State of Indiana to Defendant   Margaritaville Vacation Club by Wyndham, Inc.   You have been sued by the person(s) named "plaintiff", in the court stated above.
The nature of the suit against you is stated in the complaint which is attached to this document. It also states the demand which plaintiff has made and wants from you.
You must answer the complaint in writing, by you or your attorney within   ☐ 20 days or   ☑ 23 days commencing the day after you receive this summons, or judgment may be entered against you for what the plaintiff has demanded.
If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated   July 13   20 21

SPACE BELOW FOR USE OF SHERIFF ONLY - DO NOT WRITE BELOW THIS LINE

I hereby certify and return that I  ☐ have personally served,  ☐ have legal evidence of service,  ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above. (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode

Address (complete only if different than shown above)

Date of Service        Time

Signature of sheriff or deputy

REMARKS

☐ Further summons was sent by first class mail at the above address.

SPACE BELOW FOR USE OF CLERK OF THE COURT ONLY
CLERK'S RETURN FOR CERTIFIED MAIL

I hereby certify that I mailed a copy of the above indicated document to the defendant by certified mail, requesting a return receipt, addressed to said defendant at the address furnished by the plaintiff.

Dated _____ 20 _____

Clerk, Bartholomew County Courts

I hereby certify that attached copy of return receipt was received, signed by the addressee ☐  or signed by another ☐  on _____ 20 ____

Certified mail returned unserved: unclaimed ☐  refused ☐  insufficient address ☐  or other ☐  reason _____

Dated _____ 20 _____

Clerk, Bartholomew County Courts   Form No. 8

**BARTHOLOMEW COUNTY CLERK**
P.O. Box 924 · 234 Washington St.
Columbus, IN 47202-0924
812-379-1600

CIRCUIT COURT – 812-379-1605
SUPERIOR COURT 1 – 812-379-1623
SUPERIOR COURT 2 – 812-379-1610

**Process Receipt and Return**

PLAINTIFF
Karen Abplanalp

COURT CASE NUMBER
03C01-2107-CT-003703 _01-2107-CT-

DEFENDANT
Wyndham Vacation Ownership, Inc.

TYPE OF PROCESS
Certified Mail

**SERVE TO**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Corporation Service Company

ADDRESS, (Street or County, House Number, City, State and Zip Code)
135 North Pennsylvania Street, Suite 1610, Indianapolis, IN 46204

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

G. Terrence Coriden
445 Fifth Street, Suite 100
Columbus, IN 47201

| SUMMONS | XXXX |
|---|---|
| RULE TO SHOW CAUSE | |
| OTHER | Complaint |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

FOLD   Serving; 1. Appearance 2. Complaint for Damages   FOLD

Attorney or other Originator requesting service on behalf of:
G. Terrence Coriden

☑ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER
812-375-9800

The State of Indiana to Defendant  Wyndham Vacation Ownership, Inc.  You have been sued by the person(s) named "plaintiff", in the court stated above.
The nature of the suit against you is stated in the complaint which is attached to this document. It also states the demand which plaintiff has made and wants from you.
You must answer the complaint in writing, by you or your attorney within  ☐ 20 days or  ☑ 23 days commencing the day after you receive this summons, or judgment may be entered against you for what the plaintiff has demanded.
If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated  July 13  20 21

Shari J. Lentz
Clerk, Bartholomew County

**SPACE BELOW FOR USE OF SHERIFF ONLY - DO NOT WRITE BELOW THIS LINE**

I hereby certify and return that I  ☐ have personally served,  ☐ have legal evidence of service,  ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above. (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode

Address (complete only if different than shown above)

Date of Service    Time  ☐

Signature of sheriff or deputy

R E M A R K S

☐ Further summons was sent by first class mail at the above address.

SEAL BARTHOLOMEW COUNTY INDIANA

**SPACE BELOW FOR USE OF CLERK OF THE COURT ONLY**
**CLERK'S RETURN FOR CERTIFIED MAIL**

I hereby certify that I mailed a copy of the above indicated document to the defendant by certified mail, requesting a return receipt, addressed to said defendant at the address furnished by the plaintiff.

Dated _____ 20 _____

_____
Clerk, Bartholomew County Courts

I hereby certify that attached copy of return receipt was received, signed by the addressee☐   or signed by another ☐   on _____ 20_____

Certified mail returned unserved: unclaimed ☐   refused ☐   insufficient address ☐ or other ☐   reason _____

Dated _____ 20 _____

_____
Clerk, Bartholomew County Courts   Form No. 8

1 CLERK OF COURT

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF BARTHOLOMEW | ) | CAUSE NO. 03C01 -2107-CT-003701 |
| | ) | |
| KAREN ABPLANALP, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|       v. | ) | |
| | ) | |
| MARGARITAVILLE VACATION CLUB | ) | |
| BY WYNDHAM, INC. and WYNDHAM | ) | |
| VACATION OWNERSHIP, INC. | ) | |
| Defendants. | ) | |

## NOTICE OF RETURN OF SERVICE

Comes now the Plaintiff, Karen Abplanalp, by and through counsel, G. Terrence Coriden, and hereby notify the Court, pursuant to Indiana Trial Rule 4.15, that Defendant, Margaritaville Vacation Club by Wyndham, Inc., was served with a Summons, Appearance and Complaint by certified mail on July 19, 2021. A copy of the certified mail return receipt is attached hereto as Exhibit A.

Respectfully submitted,

*s/ G. Terrence Coriden*

_____

G. Terrence Coriden, Atty. #3380-03
Attorney for the Plaintiff

CORIDEN & CORIDEN, LLC
445 Fifth Street, Suite 100
Columbus, Indiana 47202-1510
(812) 375-9800
(812) 375-5461 (fax)

## <u>CERTIFICATE OF SERVICE</u>

G. Terrence Coriden, Atty. #3380-03, attorney for the Plaintiff in the above-entitled cause of action, hereby certifies that a copy of the foregoing was served via USPS mail on the 22nd day of July, 2021, to:

Wyndham Vacation Ownership, Inc.
c/o Corporation Service Company
135 N. Pennsylvania Street, Suite 1610
Indianapolis, IN  46204

Margaritaville Vacation Club by Wyndham, Inc.
c/o Corporation Service Company
135 N. Pennsylvania Street, Suite 1610
Indianapolis, IN  46204


*s/ G. Terrence Coriden*
_____
G. Terrence Coriden, Atty. #3380-03
Attorney for the Plaintiff


CORIDEN & CORIDEN, LLC
445 Fifth Street, Suite 100
Columbus, Indiana 47202-1510
(812) 375-9800
(812) 375-5461 (fax)

Filed: 7/22/2021 4:40 PM
Bartholomew Circuit Court
Bartholomew County, Indiana

03C01-2107-CT-003701

Bartholomew Circuit Court
Bartholomew County, Indiana

**BARTHOLOMEW COUNTY CLERK**
P.O. Box 924 • 234 Washington St.
Columbus, IN 47202-0924
812-379-1600

CIRCUIT COURT – 812-379-1605
SUPERIOR COURT 1 – 812-379-1623
SUPERIOR COURT 2 – 812-379-1610

**Process Receipt and Return**

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Karen Abplanalp | 03C01-2107-CT-003701 03C01-2107-CT- |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Margaritaville Vacation Club by Wyndham, Inc. | Certified Mail |

**SERVE TO**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Corporation Service Company

ADDRESS, (Street or County, House Number, City, State and Zip Code)
135 North Pennsylvania Street, Suite 1610, Indianapolis, IN 46204

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

G. Terrence Coriden
445 Fifth Street, Suite 100
Columbus, IN 47201

| SUMMONS | XXXX |
|---|---|
| RULE TO SHOW CAUSE | |
| OTHER | Complaint |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

FOLD   Serving; 1. Appearance 2. Complaint for Damages   FOLD

| Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | |
|---|---|---|
| G. Terrence Coriden | | 812-375-9800 |

The State of Indiana to Defendant ___Margaritaville Vacation Club by Wyndham, Inc.___ You have been sued by the person(s) named "plaintiff", in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this document. It also states the demand which plaintiff has made and wants from you.

You must answer the complaint in writing, by you or your attorney within ☐ 20 days or ☒ 23 days commencing the day after you receive this summons, or judgment may be entered against you for what the plaintiff has demanded.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated ___July 13___ 20 _21_

_Shari J. Lentz_
Clerk, Bartholomew County Court

**SPACE BELOW FOR USE OF SHERIFF ONLY - DO NOT WRITE BELOW THIS LINE**

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above. (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode

| Date of Service | Time |
|---|---|

Signature of sheriff or deputy

☐ Further service was sent by first class mail at the above address.

**FOR USE OF CLERK OF THE COURT ONLY**

... RETURN FOR CERTIFIED MAIL

... ment to the defendant by certified mail, requesting a return receipt, addressed to said def...

Clerk, Bartholomew County Courts

...ved, signed by the addressee☐ or signed by another ☐ on _____ 20 ___

... sufficient address ☐ or other ☐ reason _____

Clerk, Bartholomew County Courts   Form No. 8

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery  $

Postmark Here

Postage
$

Total Postage and Fees
$

Sent To _Margaritaville_
Street and Apt. No., or PO Box No. _C/O Corp. Service Company_
City, State, ZIP+4®

PS Form 3800, April 2015

7020 3160 0000 2209 6734

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Corporation Service Company
135 N. Pennsylvania Street Suite 1610
Indianapolis, IN 46204

9590 9402 5853 0038 3576 61

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Mary Colma_    ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery

- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)

7020 3160 0000 2209 6734

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF BARTHOLOMEW | ) | CAUSE NO. 03C01 -2107-CT-003701 |
| | ) | |
| KAREN ABPLANALP, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|         v. | ) | |
| | ) | |
| MARGARITAVILLE VACATION CLUB | ) | |
| BY WYNDHAM, INC.  and  WYNDHAM | ) | |
| VACATION OWNERSHIP, INC. | ) | |
| Defendants. | ) | |

## NOTICE OF RETURN OF SERVICE

Comes now the Plaintiff, Karen Abplanalp, by and through counsel, G. Terrence Coriden, and hereby notify the Court, pursuant to Indiana Trial Rule 4.15, that Defendant, Wyndham Vacation Ownership, Inc., was served with a Summons, Appearance and Complaint by certified mail on July 19, 2021. A copy of the certified mail return receipt is attached hereto as Exhibit A.

Respectfully submitted,

*s/ G. Terrence Coriden*

_____

G. Terrence Coriden, Atty. #3380-03
Attorney for the Plaintiff

CORIDEN & CORIDEN, LLC
445 Fifth Street, Suite 100
Columbus, Indiana 47202-1510
(812) 375-9800
(812) 375-5461 (fax)

## <u>CERTIFICATE OF SERVICE</u>

G. Terrence Coriden, Atty. #3380-03, attorney for the Plaintiff in the above-entitled cause of action, hereby certifies that a copy of the foregoing was served via USPS mail on the 22nd day of July, 2021, to:

Wyndham Vacation Ownership, Inc.
c/o Corporation Service Company
135 N. Pennsylvania Street, Suite 1610
Indianapolis, IN  46204

Margaritaville Vacation Club by Wyndham, Inc.
c/o Corporation Service Company
135 N. Pennsylvania Street, Suite 1610
Indianapolis, IN  46204

*s/ G. Terrence Coriden*

_____

G. Terrence Coriden, Atty. #3380-03
Attorney for the Plaintiff

CORIDEN & CORIDEN, LLC
445 Fifth Street, Suite 100
Columbus, Indiana 47202-1510
(812) 375-9800
(812) 375-5461 (fax)

Filed: 7/22/2021 4:40 PM
Bartholomew Circuit Court
Bartholomew County, Indiana

03C01-2107-CT-003701

Bartholomew Circuit Court

**BARTHOLOMEW COUNTY CLERK**
P.O. Box 924 • 234 Washington St.
Columbus, IN 47202-0924
812-379-1600

CIRCUIT COURT – 812-379-1605
SUPERIOR COURT 1 – 812-379-1623
SUPERIOR COURT 2 – 812-379-1610

**Process Receipt and Return**

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Karen Abplanalp | 03C01-2107-CT-003701_01-2107-CT- |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Wyndham Vacation Ownership, Inc. | Certified Mail |

**SERVE TO**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Corporation Service Company

ADDRESS, (Street or County, House Number, City, State and Zip Code)
135 North Pennsylvania Street, Suite 1610, Indianapolis, IN 46204

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

G. Terrence Coriden
445 Fifth Street, Suite 100
Columbus, IN 47201

| SUMMONS | XXXX |
|---|---|
| RULE TO SHOW CAUSE | |
| OTHER | Complaint |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

FOLD    Serving; 1. Appearance 2. Complaint for Damages    FOLD

| Attorney or other Originator requesting service on behalf of: | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER |
|---|---|---|
| G. Terrence Coriden | | 812-375-9800 |

The State of Indiana to Defendant ___Wyndham Vacation Ownership, Inc.___ You have been sued by the person(s) named "plaintiff", in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this document. It also states the demand which plaintiff has made and wants from you.

You must answer the complaint in writing, by you or your attorney within ☐ 20 days or ☑ 23 days commencing the day after you receive this summons, or judgment may be entered against you for what the plaintiff has demanded.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated ___July 13___ 20 __21__

Clerk, Bartholomew County

**SPACE BELOW FOR USE OF SHERIFF ONLY - DO NOT WRITE BELOW THIS LINE**

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above. (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode

Address (complete only if different than shown above)

| Date of Service | Time |
|---|---|
| | |

Signature of sheriff or deputy

☐ Further summons was sent by first class mail at the above address.

BARTHOLOMEW COUNTY SEAL INDIANA

FOR USE OF CLERK OF THE COURT ONLY
CLERK'S RETURN FOR CERTIFIED MAIL

...cument to the defendant by certified mail, requesting a return receipt, addressed to said def-

Clerk, Bartholomew County Courts

...eived, signed by the addressee ☐ or signed by another ☐ on _____ 20 ____

insufficient address ☐ or other ☐ reason _____

Clerk, Bartholomew County Courts    Form No. 8

1 CLERK OF COURT

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To _Wyndam Vacation_
Street and Apt. No., or PO Box No. _C/O Corporation_
City, State, ZIP+4®

Postmark Here

PS Form 3800, April 2015 PSN 7530-02-000-9047

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Corporation Service Company
135 N. Pennsylvania Street, Suite 1610
Indianapolis, IN 46204

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X   Mary Coleman    ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☑ Yes
   If YES, enter delivery address below:   ☐ No

JUL 19 2021

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

||||||||||| 9590 9402 5853 0038 3576 85

2. Article Number (Transfer from service label)

7020 3160 0000 2209 6703

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

Filed: 8/4/2021 11:18 AM
Bartholomew Circuit Court
Bartholomew County, Indiana

STATE OF INDIANA ) IN THE BARTHOLOMEW CIRCUIT COURT
) SS:
COUNTY OF BARTHOLOMEW ) CAUSE NO.: 03C01-2107-CT-003701


KAREN ABPLANALP, )
)
Plaintiff, )
)
v. )
)
MARGARITAVILLE VACATION CLUB )
BY WYNDHAM, INC. and WYNDHAM )
VACATION OWNERSHIP, INC., )
)
Defendants. )

## E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

**Party Classification:** Initiating _____   Responding _X_   Intervening _____

1. The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s):

2.
**MARGARITAVILLE VACATION CLUB BY WYNDHAM, INC. and WYNDHAM VACATION OWNERSHIP, INC.**

2. Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

**Richard K. Shoultz**            **Attorney No. 15558-73**
**Jordan T. Crabtree**           **Attorney No. 35736-29**
LEWIS WAGNER, LLP            Phone: (317) 237-0500
1411 Roosevelt Avenue, Suite 102   Fax:   (317) 630-2790
Indianapolis, IN  46201          rshoultz@lewiswagner.com
                                 jcrabtree@lewiswagner.com

**IMPORTANT**:  Each attorney specified on this appearance:
(a)      certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this

Appearance;

(b)     **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and

(c)     understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3.      There are other party members: Yes _____   No _X_   (If yes, list on continuation page.)

4.      *If first initiating party filing this case,* the Clerk is requested to assign the case the following Case Type under Administrative Rule 8(b)(3): ___N/A___

5.      This case involves support issues.  Yes _____   No _X_   (If yes, supply social security numbers for all family members on continuation page.)

6.      There are related cases. Yes _____   No _X_   *(If yes, list* on continuation page.)

7.      This form has been served on all other parties.  Certificate of Service is attached. Yes _X_   No _____

8.      Additional information required by local rule:_____

LEWIS WAGNER, LLP

By:     */s/      Richard K. Shoultz*_____
        RICHARD K. SHOULTZ, #15558-73
        JORDAN T. CRABTREE, #35736-29
        *Counsel for Defendants, Margaritaville Vacation Club by Wyndham, Inc. and Wyndham Vacation Ownership, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 4, 2021, I electronically filed the foregoing with the Clerk of the Court using the E-Filing system which sent notification of such filing to the following E-Filing participants:

G. Terrence Coriden
CORIDEN & CORIDEN, LLC
P.O. Box 1510
445 Fifth Street, Suite 100
Columbus, IN  47202-1510
tcoriden@coriden.com

*/s/ Richard K. Shoultz*
RICHARD K. SHOULTZ

LEWIS WAGNER, LLP
1411 Roosevelt Avenue, Suite 102
Indianapolis, IN  46201
Main:  317-237-0500
Fax:    317-630-2790
rshoultz@lewiswagner.com
jcrabtree@lewiswagner.com

STATE OF INDIANA        )      IN THE BARTHOLOMEW CIRCUIT COURT

                                ) SS:

COUNTY OF BARTHOLOMEW   )      CAUSE NO.:  03C01-2107-CT-003701

| | |
|---|---|
| KAREN ABPLANALP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MARGARITAVILLE VACATION CLUB | ) |
| BY WYNDHAM, INC. and WYNDHAM | ) |
| VACATION OWNERSHIP, INC., | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR EXTENSION OF TIME
## TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendants, Margaritaville Vacation Club by Wyndham, Inc. and Wyndham Vacation Ownership, Inc. ("Defendants"), by counsel, move this Court for an extension of time, to and including September 10, 2021, to respond to Plaintiff's Complaint.  In support of this Motion, Defendants state:

1.      Plaintiff filed her Complaint on July 13, 2021.

2.      Defendants currently have until August 11, 2021, to respond to Plaintiff's Complaint, and that date has not yet passed.

3.      Defendants and their counsel need additional time to confer and prepare an appropriate response to Plaintiff's Complaint.

4.      The deadline for Defendants to respond to Plaintiff's Complaint has not previously been extended.

WHEREFORE, Defendants, Margaritaville Vacation Club by Wyndham, Inc. and Wyndham Vacation Ownership, Inc., by counsel, pray for an additional thirty (30) days, up to September 10, 2021, in which to answer or otherwise respond to Plaintiff's Complaint, and for all other just and proper relief in the premises.

LEWIS WAGNER, LLP

By:     /s/      Richard K. Shoultz
RICHARD K. SHOULTZ, #15558-73
JORDAN T. CRABTREE, #35736-29
**Counsel for Defendants, Margaritaville Vacation Club by Wyndham, Inc. and Wyndham Vacation Ownership, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2021, I electronically filed the foregoing with the Clerk of the Court using the E-Filing system which sent notification of such filing to the following E-Filing participants:

G. Terrence Coriden
CORIDEN & CORIDEN, LLC
P.O. Box 1510
445 Fifth Street, Suite 100
Columbus, IN  47202-1510
tcoriden@coriden.com

 /s/ Richard K. Shoultz
RICHARD K. SHOULTZ

LEWIS WAGNER, LLP
1411 Roosevelt Avenue, Suite 102
Indianapolis, IN  46201
Main:  317-237-0500
Fax:    317-630-2790
rshoultz@lewiswagner.com
jcrabtree@lewiswagner.com

STATE OF INDIANA        )      IN THE BARTHOLOMEW CIRCUIT COURT
                     ) SS:
COUNTY OF BARTHOLOMEW   )      CAUSE NO.:  03C01-2107-CT-003701

| | |
|---|---|
| KAREN ABPLANALP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MARGARITAVILLE VACATION CLUB | ) |
| BY WYNDHAM, INC. and WYNDHAM | ) |
| VACATION OWNERSHIP, INC., | ) |
| | ) |
| Defendants. | ) |

**<u>ORDER GRANTING DEFENDANTS' MOTION FOR
EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT</u>**

Defendants, Margaritaville Vacation Club by Wyndham, Inc. and Wyndham Vacation Ownership, Inc., by counsel, file their Motion for Extension of Time in which to answer or otherwise respond to Plaintiff's Complaint.

And the Court being duly advised, now grants said Motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendants, Margaritaville Vacation Club by Wyndham, Inc. and Wyndham Vacation Ownership, Inc., are granted a period of time through and including September 10, 2021 in which to answer or otherwise respond to Plaintiff's Complaint.

**August 5, 2021**           _____

                             Judge, Bartholomew County Circuit Court

Distribution: all counsel of record